IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ANGEL RIVERA,                          )
                 Plaintiff,          )
                        )     **C.A. No. 24-313 Erie**
        v.                          )
                        )     **District Judge Susan Paradise Baxter**
LAUREL HARRY, et al.,                  )     **Chief Magistrate Judge Richard Lanzillo**
            Defendants.          )

## MEMORANDUM ORDER

This is a *pro se* civil rights action filed by Plaintiff Angel Rivera, an inmate incarcerated at the State Correctional Institution at Phoenix in Collegeville, Pennsylvania ("SCI-Phoenix"), pursuant to 42 U.S.C. § 1983, against multiple individuals employed by the Pennsylvania Department of Corrections ("DOC"). This matter was referred to Chief United States Magistrate Judge Richard A. Lanzillo, for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. §636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

On April 30, 2025, Plaintiff filed a motion for a preliminary injunction [ECF No. 10], requesting that the Court issue an Order requiring the DOC to remove him from the Restricted Release List and the Intensive Management Unit and to reintegrate him back into the institution's general population. Defendants filed a response to Plaintiff's motion [ECF No. 24] and an opposition brief [ECF No. 26], and an evidentiary hearing was subsequently conducted before the Chief Magistrate Judge on November 25, 2025.

Based upon the evidence adduced at the evidentiary hearing, Judge Lanzillo issued a Report and Recommendation ("R&R") on December 8, 2025, recommending that Plaintiff's motion for preliminary injunction be denied because he has failed to demonstrate either a

likelihood of success on the merits or immediate irreparable harm [ECF No. 41]. Objections to the R&R were due to be filed by December 26, 2025; however, no objections have been received by the Court.

Thus, after *de novo* review of Plaintiff's motion and other documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 5th day of February, 2026;

IT IS HEREBY ORDERED that Plaintiff's motion for a preliminary injunction [ECF No. 10] is DENIED. The report and recommendation of Chief Magistrate Judge Lanzillo, issued December 8, 2025 [ECF No. 41], is adopted as the opinion of the court.

SUSAN PARADISE BAXTER
United States District Judge

cc:    The Honorable Richard A. Lanzillo
       Chief United States Magistrate Judge