**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ANGEL RIVERA,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **C.A. No. 24-313 Erie** |
| **v.** | ) | |
| | ) | **District Judge Susan Paradise Baxter** |
| **LAUREL HARRY, et al.,** | ) | **Chief Magistrate Judge Richard Lanzillo** |
| **Defendants.** | ) | |

**MEMORANDUM ORDER**

This is a *pro se* civil rights action filed by Plaintiff Angel Rivera, an inmate formerly incarcerated at the State Correctional Institution at Forest in Marienville, Pennsylvania ("SCI-Forest"),[1] pursuant to 42 U.S.C. § 1983, against multiple individuals employed by the Pennsylvania Department of Corrections ("DOC") and staffed at SCI-Forest: DOC Secretary Laurel Harry, Executive Deputy Secretary of Institutions ("EDSI") Tammy Ferguson, Regional Chief Licensed Psychologist Manager Cynthia Wright, Licensed Psychologist Manager Bruce Simons, Superintendent R. Irwin, Deputy Superintendent E. Mongelluzzo, Deputy Superintendent M. Blicha, Deputy Superintendent I. Gustafson, and Major J. Alexander. This matter was referred to Chief United States Magistrate Judge Richard A. Lanzillo, for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. §636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The operative pleading in this case is Plaintiff's amended complaint [ECF No. 42], which

---

1 Plaintiff is presently incarcerated at the State Correctional Institution at Phoenix in Collegeville, Pennsylvania ("SCI-Phoenix").

was filed after Defendants moved to dismiss the original complaint. In his amended complaint, Plaintiff challenges his placement on the Restricted Release List ("RRL") and resulting confinement in an Intensive Management Unit ("IMU"), which occurred after Plaintiff assaulted a staff member. Specifically, Plaintiff alleges that Defendants acted with deliberate indifference to his health and safety in violation of the Eighth Amendment and deprived him of his Fourteenth Amendment right to due process.

Defendants filed a motion to dismiss the amended complaint [ECF No. 45], arguing that Plaintiff's official capacity claims are barred by the Eleventh Amendment, and that Plaintiff's claims fail to state a cause upon which relief may be granted. Plaintiff filed a timely brief in opposition to Defendant's motion. [ECF No. 57].

On August 17, 2026, Chief Magistrate Judge Lanzillo issued a Report and Recommendation ("R&R") recommending that Defendants' motion to dismiss be granted and that Plaintiff's claims be dismissed with prejudice for failure to state a claim upon which relief may be granted.[2] [ECF No. 62]. In particular, Judge Lanzillo concluded that the amended complaint "fails to allege facts showing that [Plaintiff's] placement on the RRL and the conditions he experienced in the IMU program created a substantial risk of serious harm or deprived him of the minimal civilized measure of life's necessities" and, further, fails to allege "facts about any Defendant's personal knowledge of a particular risk to [Plaintiff]." (Id. at 14).

Objections to the R&R were due to be filed by September 3, 2026; however, no objections have been received by the Court.

---

2
In so doing, Judge Lanzillo noted that Plaintiff, in his opposition brief, conceded to the dismissal of his official capacity claims, his claims against Defendant Wright, and his Fourteenth Amendment due process claim. (ECF No. 62, at 7, citing ECF No. 57. at pp. 4-6).

Thus, after *de novo* review of all relevant documents and pleadings in this case, together with the report and recommendation, the following order is entered:

AND NOW, this 11th day of September, 2026;

IT IS HEREBY ORDERED that Defendants' motion to dismiss Plaintiff's amended complaint [ECF No. 45] is GRANTED, and all claims in this case are DISMISSED with prejudice. The report and recommendation of Chief Magistrate Judge Lanzillo, issued August 17, 2026 [ECF No. 62], is adopted as the opinion of the court.

The Clerk is directed to mark this case CLOSED.

Susan Paradise Baxter

SUSAN PARADISE BAXTER
United States District Judge

cc: The Honorable Richard A. Lanzillo
Chief United States Magistrate Judge